# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEATHER CHAMBERLIN, on behalf of herself and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP<br><br>　　　　　Defendant. | 1:15-cv-02361 (JBS) (AMD)<br><br>The Hon. Ann Marie Donio<br><br>**Notice of Class Action Settlement** |

Heather Chamberlin ("Plaintiff") and Mullooly, Jeffrey, Rooney & Flynn, LLP ("Defendant") jointly notify this Court that they have reached, in principle, a class action settlement. To this end, they respectfully request that the Court vacate all pending deadlines and allow the parties 30 days within which to file:

1. A class action settlement agreement;

2. A proposed form notice of class action settlement to be disseminated to members of the settlement class;

3. A proposed order preliminarily approving the settlement; and

4. Plaintiff's unopposed motion to preliminarily approve the class action settlement.

1

DATED: October 27, 2015

| | |
|---|---|
| */s/ Jeanne Lahiff* <br> Jeanne Lahiff <br> New Jersey Bar No. 003700.1987 <br> 8 Cayuga Road <br> Cranford, NJ 07016 <br> Tel: (862) 812-0623 <br> Fax: (866) 842-3303 <br> rsvp2jeanne@gmail.com | */s/ Mitchell L. Williamson* <br> Mitchell L. Williamson <br> Pressler & Pressler, L.L.P. <br> 7 Entin Road <br> Parsippany, NJ 07054 <br> Tel: (973) 753-5100 <br> Fax: (973) 753-5353 <br> mwilliamson@presslerpressler.com |
| Jesse S. Johnson (*pro hac vice*) <br> Greenwald Davidson Radbil PLLC <br> 5550 Glades Road, Suite 500 <br> Boca Raton, FL  33431 <br> Tel: (561) 826-5477 <br> Fax: (561) 961-5684 <br> jjohnson@gdrlawfirm.com | Attorneys for Defendant |
| Attorneys for Plaintiff | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on October 27, 2015, I electronically filed a copy of the foregoing with the Court using the Clerk of Court's CM/ECF system, which will sent electronic notice to all counsel of record.

*/s/ Jeanne Lahiff*
Jeanne Lahiff

2